# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CHRISTOPHER LACCINOLE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IC SYSTEM, INC. & EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendants. | Case No. 1:15-cv-00337-M-LDA<br><br>Assigned to Hon. John J. McConnell, Jr. |

## JOINT STATUS REPORT

COMES NOW Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, and Plaintiff Christopher Laccinole ("Laccinole") (collectively, the "Parties") to provide the Court with a Status Report pursuant to Ms. Barbara Barletta's letter, dated July 28, 2016 (Dkt. 13.)

### I.  STATUS OF ARBITRATION

The Parties commenced an arbitration with the American Arbitration Association ("AAA").  On January 20, 2016, AAA appointed Mr. Ernest G. Mayo, Esq. as arbitrator.  The arbitrator issued a scheduling order on May 20, 2016 that set the discovery cut-off for August 18, 2016, and the arbitration hearing for October 14, 2016.  The Parties have exchanged and responded to written discovery and had scheduled Laccinole's and Experian's depositions for the week of August 8, 2016.

Due to unexpected events in one of the Parties' personal life, the Parties found it necessary to continue to all depositions.  As a result, the Parties sought an amended scheduling order re-setting the discovery cut-off for October 18, 2016, and rescheduling the arbitration hearing for December 2016.  The arbitrator granted this request on August 16, 2016 and issued an amended scheduling order.

The Parties are in the process of rescheduling Laccinole's and Experian's depositions and preparing for the December 2016 arbitration hearing.

Dated:  August 18, 2016　　　　　　　　　　Respectfully submitted,


By: /s/ Albin Moser
　　　Albin Moser, Esq. (#6166)
　　　Law Offices of Albin Moser, P.C.
　　　214 Broadway
　　　Providence, RI 02903
　　　Tel: (401) 861-2100
　　　Email: amoser@albinmoser.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Dated:  August 18, 2016　　　　　　　　　　Respectfully submitted,


By: /s/ Christopher Laccinole
　　　Christopher M. Laccinole
　　　17 Richard Smith Road
　　　Narragansett, RI 02882
　　　Email: chrislaccinole@gmail.com

Plaintiff, in pro per

## **PROOF OF SERVICE BY MAIL**

I, Albin Moser, declare:

I am a citizen of the United States and employed in Providence County, Rhode Island. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 214 Broadway, Providence, RI 02903. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On August 18, 2016, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s): **JOINT STATUS REPORT** in a sealed envelope, postage fully paid, addressed as follows:

Christopher M. Laccinole
17 Richard Smith Road
Narragansett, RI 02882
Telephone: (781) 264-1912
Email: chrislaccinole@gmail.com

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **August 18, 2016**, at Providence, Rhode Island.

/s/ Albin Moser
Albin Moser